Elliot S. Schlissel, Esq.
Schlissel DeCorpo, LLP
479 Merrick Road
Lynbrook, NY 11563
Tel.: 516-561-6645

Chapter 13

Case No.:1-19-40391-cec

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In Re:

        ALFRED VITTORIO, JR.

                                        Debtor(s)
--------------------------------------------------------------X
SIRS:

**NOTICE OF MOTION
FOR AN ORDER
EXTENDING THE
AUTOMATIC
STAY ON A SHORT
NOTICE**

        PLEASE TAKE NOTICE, that upon the annexed application of Elliot S. Schlissel, Esq., attorney for the Debtor, ALFRED VITTORIO, JR., a motion will be made to a Term of this Court for an Order hearing thee Motion to Extending an Automatic Stay on a Short Notice, together with other, further and different relief as this Court deems just, proper and equitable.

        Date and Time:          February 22, 2019 at 10:00 am.

        Bankruptcy Judge:       Hon. Carla E. Craig

        Courthouse:             271-C Cadman Plaza East
                                Brooklyn, NY 11201

Dated: Lynbrook, New York
        February 20, 2019

                                SCHLISSEL DeCORPO LLP

                                BY: Elliot S. Schlissel, Esq.
                                Attorney for Debtors
                                479 Merrick Road

TO:     United States Trustee
        Michael Macco,
        Standing Chapter 13 Trustee
        NationStar Mortgage

Elliot S. Schlissel, Esq.

Elliot S. Schlissel, Esq.
Schlissel DeCorpo, LLP
479 Merrick Road
Lynbrook, NY 11563
Tel.: 516-561-6645

Chapter 13

Case No.:1-19-40391-cec

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

**MOTION FOR AN ORDER
EXTENDING
AUTOMATIC STAY
ON A SHORT NOTICE**

ALFRED VITTORIO, JR.,

Debtor(s)
-------------------------------------------------------------X

TO:   THE HONORABLE CARLA E. CRAIG
      UNITED STATES BANKRUPTCY JUDGE

ELLIOT S. SCHLISSEL, ESQ., an attorney duly licensed to practice law before

the Courts of the State of New York, affirms upon information and belief, under penalty

of perjury, the following:

1.      I am the managing partner at Schlissel DeCorpo LLP the  attorneys of

record for the Debtor, ALFRED VITTORIO, JR., in the above-entitled action.

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C.

§§1334 and 157.

3.      I submit this Motion for an Order allowing the hearing of the Motion to

Extend Automatic Stay on a Short Notice, and state as follows:

4.      The Debtor filed a Bankruptcy Petition pursuant to a Chapter 13 of the US

Bankruptcy Code on January 23, 2019.

5.      My firm was retained to represent the above-referenced Debtor in the

Chapter 13 Bankruptcy proceeding.

6.    Notice of Appearance was filed by my office on February 19, 2019.

7.    My office appeared at a 341 Meeting on the Debtor's behalf today, February 20, 2019, at 10:00 am. The 341 Meeting was adjourned to March 20, 2019 at 10:00 am.

8.    My office is in the process of preparing the balance of the documents required, and will be filing the outstanding documentation required to complete the bankruptcy petition, shortly.

WHEREFORE, the Debtor respectfully requests that this Court (i) grants the order to hear the motion to extend the automatic stay on a short notice; and (ii) grants such other and further relief as this Court deems just and proper.


Dated: Lynbrook, New York
      February 20, 2019

                              SCHLISSEL DeCORPO LLP


                              BY: Elliot S. Schlissel, Esq.
                              Attorney for Debtor
                              479 Merrick Road
                              Lynbrook, NY 11563
                              (516) 561-6645

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

      ALFRED VITTORIO, JR.,

                             Debtor(s)
-------------------------------------------------------------X

## ORDER GRANTING HEARING OF
## THE MOTION TO EXTEND AUTOMATIC STAY ON A SHORT NOTICE

Upon the motion for an order approving a hearing of the motion to extend the automatic stay on a short notice, a copy of which is attached hereto as Exhibit A, extending time of the automatic stay and there being no opposition to the requested relief; it is hereby

ORDERED, that the Motion is granted, the hearing of the motion to extend automatic stay on a short notice  is approved.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X          Chapter 13
In Re:

     ALFRED VITTORIO, JR.                                   Case No.: 1-19-40391-cec


                                         Debtor(s)
-----------------------------------------------------------X          AFFIDAVIT OF SERVICE
STATE OF NEW YORK        )

COUNTY OF NASSAU         )          ) ss.:

     ANGELA A. YADGAROFF being duly sworn, say:  I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

     On February 20, 2019, I served the within:

**NOTICE OF MOTION**
**MOTION FOR AN ORDER TO EXTEND AUTOMATIC STAY ON A SHORT NOTICE**


     by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Nationstar Mortgage LLC
PO BOX 619096
Dallas TX 75261

Gross Polowy LLC
775 Wehrle Drive, Suite 100
Williamsville, NY 11235-4335

Michael J. Macco,
Standing Chapter 13 Trustee
2950 Express Drive South
Suite 109
Islandia, NY 11749-1412

                                                     ANGELA  A. YADGAROFF

Sworn to before me this
20th day of February, 2019

Notary Public

Jennie A Johnson
Notary Public - State of New York
No. 01JO6347713
Qualified in Nassau County
Commission Expires September 12, 2020

Case No.: 1-19-40391-cec
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

     ALFRED VITTORIO,

Debtor(s).

## NOTICE OF MOTION
## MOTION FOR AN ORDER TO EXTEND
## AUTOMATIC STAY ON A SHORT NOTICE

SCHLISSEL DeCORPO LLP
Attorney for Debtor
Office and Post Office Address
479 Merrick Road
Lynbrook, NY 11563
Tel.: 516-561-6645

To:

Attorney(s) for

Service of a copy of the within            is hereby admitted.
Dated:

        Attorney for _____

Sir: - Please Take Notice

NOTICE OF ENTRY that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on   ,.

NOTICE OF SETTLEMENT that an Order of which the within is a true copy will be presented for
settlement to the HON., one of the judges of the within named Court at   on the day of, 20__at
M.

Dated:

Yours, etc.<br>
ELLIOT S. SCHLISSEL<br>
Attorney for Debtors/Petitioner<br>
SCHLISSEL DeCORPO LLP<br>
Office and Post Office Address<br>
479 Merrick Road<br>
Lynbrook, NY 11563<br>
Tel.: 516-561-6645

TO:
Attorney(s) for