| | |
|---|---|
| Elliot S. Schlissel, Esq.<br>Schlissel DeCorpo, LLP<br>479 Merrick Road<br>Lynbrook, NY 11563<br>Tel.: 516-561-6645 | Return Date:_____<br><br>Chapter 13 |

UNITED STATES BANKRUPTCY COURT         Case No.:1-19-40391-cec
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X         **ORDER TO SHOW CAUSE**
In Re:

      ALFRED VITTORIO, JR.

                                       Debtor(s)
-------------------------------------------------------X

      Upon the annexed application of Movant, Schlissel DeCorpo LLP, seeking entry of an Order to hear the Motion to Extend Automatic Stay on a Short Notice, it is

      ORDERED that Schlissel DeCorpo show cause at \_\_\_\_o'clock \_\_\_\_on the on the date of _____ or as soon thereafter as Movant may be heard before the Honorable Carla E. Craig, Bankruptcy Judge in Courtroom \_\_\_\_ at United States Bankruptcy Court located at 271-C Cadman Plaza East, Brooklyn, NY 11201, why this Court should not enter an Order to hear Motion to Extend Automatic Stay on a Short Notice.

      ORDERED that service of this Order to Show Cause together with the application be served on or before the end of the business day on _____ upon Gross Polowy LLC, upon the Trustee at 2950 Express Drive South Suite 109, Islandia, NY 11749 and United States Trustee.

      ORDERED that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the clerk of the court along with an extra copy marked "Chambers Copy", Trustee, United States Trustee and the Movant on or before_____; and it is further

      ORDERED that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court

Dated:                                              _____
                                                                                  United States Bankruptcy Judge

Elliot S. Schlissel, Esq.
Schlissel DeCorpo, LLP
479 Merrick Road
Lynbrook, NY 11563
Tel.: 516-561-6645

Chapter 13

Case No.:1-19-40391-cec

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

**APPLICATION FOR AN
ORDER EXTENDING
AUTOMATIC STAY
ON A SHORT NOTICE**

       ALFRED VITTORIO, JR.,

                                    Debtor(s)
-------------------------------------------------------X

       TO:    THE HONORABLE CARLA E. CRAIG
                UNITED STATES BANKRUPTCY JUDGE

ELLIOT S. SCHLISSEL, ESQ., an attorney duly licensed to practice law before the Courts of the State of New York, affirms upon information and belief, under penalty of perjury, the following:

1. I am the managing partner at Schlissel DeCorpo LLP the attorneys of record for the Debtor, ALFRED VITTORIO, JR., in the above-entitled action.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1334 and 157.

3. This Application is being brought by Order to Show Cause due to the fact that Automatic Stay expires on Saturday, February 23, 2019. Unbeknownst to the affirmant the Debtor had filed a previous Chapter 13 Bankruptcy Petition.

4. I submit this Application for an Order allowing the hearing of the Application to Extend the Automatic Stay on a Short Notice, and state as follows:

5.The Debtor filed a Bankruptcy Petition pursuant to a Chapter 13 of the US Bankruptcy Code on January 23, 2019.

6.My firm was retained to represent the above-referenced Debtor in the Chapter 13 Bankruptcy proceeding.

7.Notice of Appearance was filed by my office on February 19, 2019.

8.My office appeared at a 341 Meeting on the Debtor's behalf today, February 20, 2019, at 10:00 am. The 341 Meeting was adjourned to March 20, 2019 at 10:00 am.

9.My office is in the process of preparing the balance of the documents required, and will be filing the outstanding documentation required to complete the bankruptcy petition, shortly.

WHEREFORE, the Debtor respectfully requests that this Court (i) grants the order to hear the application to extend the automatic stay on a short notice; and (ii) grants such other and further relief as this Court deems just and proper.

Dated: Lynbrook, New York
February 21, 2019

SCHLISSEL DeCORPO LLP

_____
BY: Elliot S. Schlissel, Esq.
Attorney for Debtor
479 Merrick Road
Lynbrook, NY 11563
(516) 561-6645

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X          Chapter 13
In Re:
                                                                      Case No.: 1-19-40391-cec
    ALFRED VITTORIO, JR.,

                                                    Debtor(s)
-----------------------------------------------------------X          AFFIDAVIT OF SERVICE
STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NASSAU    )

    ANGELA A. YADGAROFF being duly sworn, say: I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

    On February 21, 2019, I served the within:

**ORDER TO SHOW CAUSE**
**APPLICATION FOR AN ORDER TO EXTEND AUTOMATIC STAY ON A SHORT NOTICE**

    by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Nationstar Mortgage LLC
PO BOX 619096
Dallas TX 75261

Gross Polowy LLC
775 Wehrle Drive, Suite 100
Williamsville, NY 11235-4335

Michael J. Macco,
Standing Chapter 13 Trustee
2950 Express Drive South
Suite 109
Islandia, NY 11749-1412

Sworn to before me this
21st day of February, 2019

_____
Notary Public

_____
ANGELA A. YADGAROFF

MICHAEL J. CIARAVINO
Notary Public, State of New York
No. 02CI6038950
Qualified in Queens County
Commission Expires April 17, 2022

Case No.: 1-19-40391-cec
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

    ALFRED VITTORIO,

                                                          Debtor(s).

**ORDER TO SHOW CAUSE
APPLICATION FOR AN ORDER TO EXTEND
AUTOMATIC STAY ON A SHORT NOTICE**

SCHLISSEL DeCORPO LLP
Attorney for Debtor
Office and Post Office Address
479 Merrick Road
Lynbrook, NY 11563
Tel.: 516-561-6645

To:

Attorney(s) for

Service of a copy of the within            is hereby admitted.
Dated:
                        Attorney for _____

Sir: - Please Take Notice

NOTICE OF ENTRY that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on    ,.

NOTICE OF SETTLEMENT that an Order of which the within is a true copy will be presented for settlement to the HON., one of the judges of the within named Court at   on the day of, 20__ at M.

Dated:

                                      Yours, etc.
                                ELLIOT S. SCHLISSEL
                         Attorney for Debtors/Petitioner
                            SCHLISSEL DeCORPO LLP
                     Office and Post Office Address
                                479 Merrick Road
                                Lynbrook, NY 11563
                                Tel.: 516-561-6645

TO:
Attorney(s) for